Bakley Construction, Inc.
c/o Cindy Bakley
10900 Church Street
Huntley, IL 60142

Joan, Cindy, Kathleen, and Ken Bakley:

 You will be receiving a Complaint and exhibits relative to your admitted, multiple recordings of our telephone conversations in violation of federal and state wiretapping laws.

 As you are undoubtedly aware, I filed a judgment for $500,000 for your breach of the non-disclosure provision of our Advisory/Consulting Agreement of May 1, 2015.

 In the absence of hearing from you and/or your attorney indicating your interest in discussing a mutually advantageous settlement to my Complaint. I will file it with the McHenry County Clerk of Court.

 In addition to filing the Complaint, I will also be reporting the illegal recordings to the local police and FBI in pursuit of State and Federal Wiretapping charges.

 I will be requesting my Complaint be heard by Judge Chmiel as I believe this case to be ancillary to your case against my dad.

 I feel the need to point out the risks should you decide <u>not</u> to seek a settlement outside the purview of the Court.

 The Complaint I drafted and sent to my dad and Attorney Robert Hanlon "parrots" your allegations as described in the government's indictment and could be very embarassing to your family. As Judge Chmiel is aware of the history and chronology, your <u>claim</u> to have paid me almost $1,000,000 to obtain stolen evidence from my dad's home, office, and North American Company in order to get a purported 10 million dollar settlement seems outrageous, perhaps criminal, given the true facts of the case.

 More importantly, if you proceed with this version of the facts, you open yourself up to extreme liability from my dad and Attorney Hanlon for a civil suit if you have not already settled with him.

 I look forward to hearing back from you.

            Regards,

            Todd A. Dyer
            Reg. No. 05409-089
            F.C.I. Elkton
            P.O. Box 10
            Lisbon, OH 44432