

# Agri Business Investors
LIMITED PARTNERSHIP

Mark and Sydney Borst
2115 Ridge Drive
Lake Geneva, WI 53147

Mark Borst
c/o Springfield Auto Sales
7170 Hwy 36
Springfield, MI 53176

Mark:

    I am preparing a lawsuit to be filed against you, your wife, and your marital assets, in Walworth County alleging a number of causes of action that address your behavior over the last several years relative to the damage inflicted on Midwest and American Farmland Partners and its investors.

    It is my belief that you, either independently, or in collusion with others, sold, exchanged, and/or transferred ownership of the business concepts, intellectual property, and trade secrets owned by Midwest and American Farmland Partners investors and excluded others in the literal windfall.

    Specifically, I believe you exchanged the stock warrants belonging to Agri Business Investors LIMITED Partnership for Farmland Partners securities and/or cash in an illegal conveyance as you did not personally own the stock warrants.

    I believe further that you concealed that theft until such time as you could sell all the Farmland Partners securities.

    Once you believed you were safe from detection with the "loot" from your fraud, you cooperated with authorities as a means of escaping detection, culpability, and as a means of avoiding having to pay us the tens of millions of dollars we are due.

    Your behavior, in addition to costing us millions of dollars, also unnecessarily aided the authorities in their relentless pursuit of your business partners as a means of harboring and shielding Sydney's and your culpability in the embezzlement of our COLLECTIVE funds. You have 10 calendar days from the receipt of this letter to contact us and settle or the suit will be filed.

    I look forward to hearing back from you.

Sincerely,

*Fr M E Krumdick*

Father Melvin E. Krumdick