# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
dallosto@grgblaw.com

July 25, 2018

**CERTIFIED MAIL –
RETURN RECEIPT REQUESTED**

Melvin E. Krumdick
1178 S. Elmwood Avenue
Oak Park, Illinois 60304

Re: Your recent threat letter to my client

Dear Mr. Krumdick:

I represent Mr. Mark Borst. He recently received the enclosed letter from you, containing false and defamatory allegations and threatening litigation against him unless he sends you money. Your threat to obtain money may constitute criminal extortion in Wisconsin. Sec. 943.30 and .31, *Wis. Stats.*

I hereby request and demand that you cease and desist from making any such further threats and false and malicious statements. I also put you on notice that you are <u>not to have any further contact with</u> my client Mr. Borst, his business, his family or associates. This includes direct or <u>indirect contact</u>, or contact through third persons, on the internet, social media, etc.

If you believe that you have any claims or disputes with Mr. Borst, please address all communications regarding same to my attention by letter to me at my office, or have your lawyer contact me. Your failure to abide by the demands and requests made herein will result in legal consequences for you.

Sincerely,

RAYMOND M. DALL'OSTO

RMD/dkk
Enclosure
*borst,mark/krumdick 2018-07-24*

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com