Todd A. Dyer
Fed. Reg.# 05409-089
FCI Elkton
P.O. Box 10
(330) 420-6200

Date: May 21, 2019

U.S. Postal Service Certified Mail
Receipt #   7017 3380 0000 3463 2911

Raymond M. Dall'osto, Esq
330 East Kilbourn Ave., Ste 1170
Milwaukee, WI 53202
(414) 271-1440

RE: Case No.: 18-CV-0804

Dear Mr. Dall'osto:

    Mr. Krumdick will be submitting the Scheduling Questionnaire to the Court this week. Also, we will be amending the First Amended Complaint this week as well. This Second Amended Complaint will include me as a Plaintiff as well. FYI, there may be another amendment in the near future as other potential Plaintiffs are located and identified.

    I am attempting to establish e-mail contact with you. Please accept the Federal Bureau of Prisons CORRLINC's **invitation to** communicate with me via e-mail. Please also advise your office personnel to accept my pre-paid telephone call. They will need to follow the prompts given and press #5 at the appropriate time. Again, this is not a collect call, this call will be paid for on my end.

    I believe you will find our Second Amended Complaint easier to comprehend and answer. We look forward to commencing discovery in this matter. Melvin and I feel once discovery is complete, you will see no need to attempt allowing your client to proceed to trial.

    Thank you in advance for your anticipated cooperation in this matter. I look forward to your timely response.

                                                                           Todd A. Dyer #05409-089
                                                                           Plaintiff / pro-se