September 6, 2019

Ms. Emily A. Constantine
Assistant United States Attorney
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Suite 530
Milwaukee, WI 53202

Re:  Tod Dyer

Dear Ms. Constantine:

I am writing this letter to let you know how much stress I have suffered and how disruptive my life has been since Tod Dyer has filed his lawsuits against my family and I.

After he defrauded my family of just under $1,000,000.00, was convicted of fraud and sentenced to prison he has now sued me, my brother and sister three times in McHenry County, Illinois.

In his latest lawsuit he is asking for judgment of $3,200,000.00. Until the local court in McHenry County ordered him to stop, he was also sending us emails demanding payment for hundreds of thousands of dollars.

Tod Dyer defrauded me and my family of just under $1,000,000.00. As a victim of his fraud I suffered from nausea and severe stress. I thought this would end when he was convicted and sentenced to prison. It hasn't and now I am under greater stress from each new lawsuit filed by Tod Dyer. His actions continue to haunt me and my family.

Last fall he filed his first lawsuit. You cannot imagine the sickening feeling I felt when I was served the summons for that lawsuit. The stress and anger only intensified with each new lawsuit, email or communication from Tod Dyer.

I need to move on from the decision I made over six years ago when I answered Mr. Dyer's first knock on my door. It is impossible for me to do so when I have to defend each new lawsuit, hire an attorney and pay thousands of dollars in legal fees to protect the Bakley family from Tod Dyer's frivolous lawsuits. I am willing to do whatever is legally necessary to stop Tod Dyer. Please have Tod Dyer leave me and the Bakley family alone.

I declare under penalty of perjury that the foregoing is true and correct.

Very truly yours,

*Cindy Jo Bakley*

Cindy Bakley