# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.             Case No. 19-cv-1319

TODD DYER,

    Defendant.

## ORDER GRANTING *EX PARTE* TEMPORARY RESTRAINING ORDER

The Court, having considered the Verified Complaint and exhibits thereto, the Application for an *Ex Parte* Temporary Restraining Order and Motion for a Protective Order, and the brief filed in support thereof, finds that:

1. This Court has jurisdiction over the subject matter of this case, and there is good cause to believe that it will have jurisdiction over all parties hereto and that venue in this district is proper.

2. There are reasonable grounds to believe that harassment of an identified victim or witness in a Federal criminal case exists.

3. Pursuant to 18 U.S.C. § 1514(a)(2)(A) notice is not required and there is a reasonable probability that the Government will prevail on the merits.

WHEREFORE, IT IS HEREBY ORDERED:

A. Todd Dyer is temporarily enjoined from:

  (i) directly or indirectly contacting or attempting to contact any witness or victim in Criminal Case Nos. 15-CR-115 (E.D. Wis.) or 16-CR-100 (E.D. Wis.), including

Mark Borst, Bakley Construction, Cindy Bakley, or any immediate family member or representative of Mr. Borst or Ms. Bakley; or

(ii) directly or indirectly initiating, participating in, or continuing any state or federal lawsuit or appeal against any witness or victim in Criminal Case Nos. 15-CR-115 (E.D. Wis.) and 16-CR-100 (E.D. Wis.), including against Mark Borst, Bakley Construction, Cindy Bakley, or any immediate family member or representative of Mr. Borst or Ms. Bakley, without prior approval from this Court.

B. Proceedings in the following lawsuits are temporarily enjoined:

(i) *Krumdick, et al. v. Borst, et al.,* Case No. 2018CV000804, State of Wisconsin Circuit Court for Walworth County;

(ii) *Dyer v. Bakley, et al.,* Appellate Case No. 19-0568, Appellate Court of Illinois, Second District; and

(iii) *Dyer, et al. v. Bakley, et al.,* Case No. 19LA000244, Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois.

The Clerk of Court shall send certified copies of this Order to each of the above courts.

C. This Temporary Restraining Order shall remain in full force and effect for fourteen days from the date hereof or until _____ [a.m.][p.m.] on _____, 2019, unless sooner modified or dissolved by this Court, or unless extended in accordance with 18 U.S.C. § 1514(a)(2)(C).

D. This Temporary Restraining Order is entered at _____ [a.m.][p.m.] on _____, 2019.

Entered this _____ day of _____, 2019.

_____
Honorable Pamela Pepper
United States District Court Judge