UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No. 19-cv-1319-pp

TODD A. DYER,

        Defendant.

## ORDER ASKING FEDERAL DEFENDER SERVICES OF WISCONSIN TO APPOINT STANDBY COUNSEL FOR DEFENDANT

On September 11, 2019, the government filed a motion asking the court to issue a temporary restraining order under 18 U.S.C. §1514, barring the defendant from contacting or harassing the victims of two federal criminal fraud cases for which he has been convicted, and to enjoin the defendant from pursing state civil litigation he has instituted against those victims. Dkt. No. 2. The court has issued that temporary restraining order. Dkt. No. 12.

The government also asked the court to issue a protective order, extending the injunction for three years. Dkt. No. 2. The court has scheduled a hearing on that motion for **October 11, 2019 at 9:00 a.m.** in Room 222 of the Federal Courthouse. Dkt. No. 12.

The defendant is in custody at F.C.I. Elkton in Lisbon, Ohio. In the criminal case he had before Judge Stadtmueller (one of the cases whose victims the government alleges the defendant is harassing), the defendant began the case with counsel but, after a serious of changes, ended up asking to represent

1

himself (albeit with appointed standby counsel to assist him in presenting evidence at his trial). United States v. Dyer, 15-cr-115-JPS. In the other case, the defendant opted to represent himself. United States v. Dyer, 16-cr-100-pp. The court does not know whether the defendant would like the assistance of counsel in this injunctive proceeding. Because the court had to schedule the hearing within fourteen days of the date it issued the temporary restraining order, it does not have time to consult with the defendant on the issue. In an abundance of caution, the court is asking Federal Defender Services of Wisconsin to appoint standby counsel for the defendant, in case he would like assistance at the October 11, 2019 hearing. The court realizes that FDSW does not have a current affidavit of indigency from the defendant. Once FDSW appoints standby counsel, the court will notify the defendant of the identity of that person.

The court **ORDERS** that Federal Defender Services of Wisconsin shall appoint standby counsel to represent defendant Todd A. Dyer, BOP #05409-089, FCI Elkton, 8730 Scroggs Road, Lisbon, OH 44432.

Dated in Milwaukee, Wisconsin this 2nd day of October, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**