| U.S. Department of Justice<br>United States Marshals Service | RECEIVED<br>UNITED STATES MARSHAL<br>2019 OCT -2 A 11:57<br>NORTHERN DIST. OF OHIO<br>AKRON | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:19-cv-01319 (EDWI) |
|---|---|
| DEFENDANT<br>Todd Dyer | TYPE OF PROCESS<br>Summons & Complaint, Motion & Brief |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Todd Dyer, Reg. No. 05409-089
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Federal Correctional Institution, Elkton, 8730 Scroggs Road, Lisbon, OH 44432

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Emily A. Constantine, Assistant United States Attorney<br>Eastern District of Wisconsin<br>517 E. Wisconsin Ave., Ste. 530, Milwaukee, WI 53202 (emily.constantine@usdoj.gov) | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>*Emily* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>414-297-1704 | DATE<br>10/01/2019 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 89 | District to Serve<br>No. 60 | Signature of Authorized USMS Deputy or Clerk<br>*Nicole St. Angelo* | Date<br>10/02/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>10-10-19 | Time<br>1053 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>65⁰⁰ | Total Mileage Charges *(including endeavors)*<br>40.60 | Forwarding Fee<br>8.00 | Total Charges<br>113.60 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

70 miles R/T @ .58

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

Case 2:19-cv-01319-PP   Filed 10/10/19   Page 1 of 1   Document 17