UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff

vs.

TODD DYER,

    Defendant.

**NOTICE OF APPEARANCE**

Case No. 2:19-cv-01319-PP

---

To:     AUSA Emily Constantine
         AUSA Benjamin Proctor

    Notice is hereby given that the undersigned will appear as counsel for defendant, TODD DYER, in the above-entitled action.

    Dated this 14TH day of October 2019.

    Penegor & Lowenberg Law Offices

    /s/ Robert J. Penegor
    _____
    BY: ROBERT J. PENEGOR
    State Bar No. 1010979
    Attorney for Defendant, Todd Dyer
    16655 West Bluemound Road, Suite 270
    Brookfield, WI 53005
    (262) 786-3522
    Email: robert@penegorlaw.com