

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-4394*
*www.usdoj.gov/usao/wie*

January 21, 2020

**VIA ECF**
The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    *United States of America v. Todd Dyer*
             Case No. 19-cv-1319

Dear Judge Pepper,

     I write regarding defendant's January 17, 2020 Motion for Adjournment, in which defendant requested a "65 day adjournment" of the February 14, 2020 hearing. (ECF 27, p 1.)

     Based on the representations of defendant's counsel provided in the affidavit in support of the motion, the United States does not oppose the motion, provided that (1) the temporary restraining order remains in effect until the rescheduled hearing date, (*see* ECF 20), and (2) all deadlines preceding the hearing date, including the deadline for motions *in limine* and the deadline for submitting a pretrial report, are extended commensurate with the new hearing date.

     Thank you for your attention to this matter.

                              Sincerely,

                              MATTHEW D. KRUEGER
                              United States Attorney

             By:     s/ Emily A. Constantine

                              EMILY A. CONSTANTINE
                              Assistant United States Attorney