

Penegor &
Lowenberg
ATTORNEYS AT LAW

Squires II Suite 270
16655 W Bluemound Rd
Brookfield WI 53005

PH 262 786.3522
FX 262 786.9285
www.penegorlaw.com

Robert J. Penegor, Attorney
robert@penegorlw.com

Eric D. Lowenberg, Attorney
eric@penegorlaw.com

Lori Schettler, Legal Assistant
lori@penegorlaw.com

February 19, 2020

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States of America v. Todd Dyer*
       Case No. 1:19-cv-01319-PP

Dear Chief Judge Pepper:

Please be advised that Mr. Dyer has no objection to adjourning the April 13, 2020 Court date to allow the Court to reschedule the matter to a date and time that is mutually agreeable to the parties and witnesses. He also agrees to the extension of the TRO until the adjourned hearing date.

    Respectfully Submitted:
    Penegor & Lowenberg Law Offices

    /s/ Robert J. Penegor
    _____
    BY: ROBERT J. PENEGOR
    State Bar No. 1010979
    Attorney for Defendant, Todd Dyer
    16655 West Bluemound Road, Suite 270
    Brookfield, WI 53005
    (262) 786-3522
    Email: robert@penegorlaw.com