PP

United States District Court
Eastern District of Wisconsin

Judge Pepper:                                    Case No. 19-CV-1319

I am requesting attorney Peeeger withdraw as my appointed counsel and a new attorney be appointed in his place.

I hesitate to list the reasons behind my decision however, if that is necessary I will file those reasons.

During the period of time I am without counsel I request all my prior filings be entered into the record if they have already not been, and that those filings be considered.

In short, I believe attorney Peeeger and me have a conflict that is not resolvable and I feel his inattention to my case to be prejudicial.

Respectfully submitted,

TODD DYER
REG. # 05409-089
FEDERAL PRISON CAMP YANKTON
P.O. BOX 700
YANKTON, SD 57078

Judge Pepper:                                October 28, 2021

I recently requested your assistance in obtaining a response from the Clerk of Court relating to a letter sent by attorneys Donovan and Prohs to Judge Stadtmueller on January 19, 2017 wherein, Donovan and Prohs informed Judge Stadtmueller that they were terminating representation of me 2 months before the 15-CR-115 sentencing hearing. I received that letter back from the 15-CR-115 court indicating that none of my inquiries will be addressed until I obtain a certificate of appealability from the 7th Circuit Court of Appeals. The letter I sent you requesting your assistance as chief judge does not relate to any decision of the 15-CR-115 case — only why a letter sent to Judge Stadtmueller while Donovan and Prohs were still my standby counsel in the 15-CR-115 case indicating they were terminating representation, did not appear in the 15-CR-115 docket and was not shared with me.

Was that letter intercepted by the Government as Judge Stadtmueller?

Did you forward the letter I sent you