# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 19-CV-1319

TODD DYER,

        Defendant.

---

## MOTION TO WITHDRAW

---

        Robert J. Penegor, attorney of record for the defendant, TODD DYER, hereby moves the Court for an Order allowing him to withdraw as attorney of record for the defendant, TODD DYER, in the above-entitled matter for the reasons set forth in the Affidavit attached hereto.

        Dated this 1st day of Nov 2021.

Penegor & Lowenberg Law Offices

/s/ Robert J. Penegor

---

BY:   ROBERT J. PENEGOR
State Bar No. 1010979
Attorney for Defendant, TODD DYER
16655 West Bluemound Road
Suite 270
Brookfield, WI 53005
(262) 786-3522
Email:   Robert@penegorlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff

vs.                                          **Case No. 19-CV-1319**

TODD DYER,

    Defendant.

---

## AFFIDAVIT

---

STATE OF WISCONSIN   )
                                ) SS.
WAUKESHA COUNTY   )

I, Robert J. Penegor, being first duly sworn on oath, deposes and states as follows:

1. That Affiant was appointed by Federal Defender Services to represent the defendant, TODD DYER, in the above-entitled matters.

2. Disagreements on how to proceed with and conduct a hearing on the Defendant's behalf have arisen between your Affiant and the Defendant. In addition, the Defendant has publicly made known to opposing counsel said differences on how to proceed with his case in his letter to the Court dated October 16, 2021.

3. That because the Defendant and your Affiant cannot agree and because of the Defendant's conduct, effective representation has been compromised. It is clear that the Defendant lacks confidence and trust in your Affiant's ability to represent him in the manner and method that the Defendant believes is in his best interests. Further, upon information and belief, the Defendant has sent a letter to the Court requesting new counsel.

4. As a result of the aforementioned, your Affiant cannot provide effective representation on the Defendant's behalf.

Therefore, I request to withdraw as counsel for TODD DYER in the aforementioned case. This Affidavit is made in support of a Motion to Withdraw.

Dated this 1st day of Nov 2021.

_____
ROBERT J. PENEGOR

Subscribed and sworn to before me
this _____ day of November, 2021.

_____
Notary Public
My commission: expires 04-26-23

3