19-CV-1319-TRO

Judge Pepper:                                November 1, 2021

I wish to make the Court aware of a number of developments which are transpiring at the Federal Prison Camp at Yankton, SD ("Yankton").

On the morning of Tuesday October 26, 2021 I was placed in the "hole" (disciplinary housing unit) (special housing unit) and told I was under investigation. Shortly thereafter, I was brought to a room where I encountered a man and a woman who stated they were US Marshalls from South Dakota. I was not given business cards, I was not mirandized. These individuals stated that they were there to get my side of the story but were not specific as to the nature of the visit, terming it a courtesy interview.

They did ask me if I was thinking about hurting myself or anyone else. I inquired who the anyone else referred to and they were again not specific in their statements other than to say individuals associated with my case had possibly court staff.

They stated that this was not their case but individuals associated with the

Wisconsin Marshall's office.

I have since been told that I am in the "hole" based on a request by the Wisconsin Marshall's office and that my many, many legal files necessary for defending the upcoming TRO are not here at R&D (Receiving and Discharge) suggesting my evidence was taken by those Marshalls.

This yet another of many ongoing violations of my rights. This institution continuously opens and copies my legal mail prior to giving it to me in general mail call. As you may remember the Government requested they be allowed to view the evidence to be used in the upcoming TRO and requested access to the questions to be asked of witnesses prior to the TRO hearings. This Court denied that request. Since that time, as you are aware, the BOP (Bureau of Prisons) denied our request for an attorney visit suggesting we communicate via WebEx. As I am sure the Court is aware the Government has

caught listening in on attorney/client calls (over 500 cases) in the 8th Circuit. Attorney Feeger has stated the WebEx was inadequate for preparation. When the BOP finally approved our request for a face-to-face attorney visit we were told that we would not be allowed to exchange documents, creating a need for hundreds of pages of evidence to be mailed, and possibly intercepted, read and perhaps lost. I have had instances of certified/legal mail from this institution to the Court of Appeals for the 7th Circuit disappear.

I believe this to be more of the Governments attempts at "damage control" and are wildly unconstitutional.

I request I be moved closer to Milwaukee, perhaps Oxford Prison Camp where whomever represents me can visit me and go over my evidence and be prepared.

Given a full and fair opportunity to present my case, I will prove overwhelmingly that any suit brought against the

alleged 15-CR-115 Fairlead and 16-CR-100 Oakley case victims has merit and are not for harassment.

I have never experienced this level of dishonesty and corruption, it is outrageous.

The Government is obviously petrified of the evidentiary materials I have that will expose their untruths.

The Fairlead entities I was involved with did not fail, they were not fraud schemes, they were merged with a number of "buffer" entities to create insulation from the successor public entity so they didn't have to pay me. Period! No one knows this case or the evidence like I do and I'm telling you that is what happened. No investor lost money but Todd Dyer and Father Mal, all received securities in the successor public company in exchange for their securities in the Fairlead companies that were the focus of the 15-CR-115 Fairlead case, after September 2011.

R. Dyer

## Certificate of Service

I hereby certify that on November 1, 2021 I mailed this letter dated November 1, 2021 to the Clerk of Court and request all relevant parties be served with same via the Court's electronic mail system.

*[signature]*

TODD DYER
REG. # 05409-089
FEDERAL PRISON CAMP YANKTON
P.O. BOX 700
YANKTON, SD 57078

As an alternative I could be moved to MCC Chicago so that my attorney can visit me and be prepared, also providing for me to appear in person in Milwaukee from MCC Chicago.

NAME: TODD DYER
REG#: 05709-059
FEDERAL PRISON CAMP
P.O. BOX 700
YANKTON, SD 57078

SIOUX FALLS SD 570
2 NOV 2021 PM 1 L

LEGAL MAIL
53202-450426

JUDGE PAMELA PEPPER
US COURTHOUSE
517 E. WISCONSIN
MILWAUKEE, WI. 53202

