

Penegor &
Lowenberg
ATTORNEYS AT LAW

Squires II Suite 270
16655 W Bluemound Rd
Brookfield WI 53005

PH 262 786.3522
FX 262 786.9285
www.penegorlaw.com

Robert J. Penegor, Attorney
robert@penegorlaw.com

Eric D. Lowenberg, Attorney
eric@penegorlaw.com

Lori Schettler, Legal Assistant
lori@penegorlaw.com

December 16, 2021

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re:    *United States of America v. Todd Dyer*
        Case No. 2:19-cv-01319-PP

Dear Chief Judge Pepper:

I an inquiring as to the status of my Nov. 1st motion to withdraw as well as Todd Dyer's request for the same. He has written me wanting to know what has transpired and for many reasons of my own I would like this matter resolved.

Respectfully Submitted:
Penegor & Lowenberg Law Offices

/s/ Robert J. Penegor
_____
BY: ROBERT J. PENEGOR
State Bar No. 1010979
Attorney for Defendant, Todd Dyer
16655 West Bluemound Road, Suite 270
Brookfield, WI 53005
(262) 786-3522
Email: robert@penegorlaw.com