

**Penegor &**
**Lowenberg**

ATTORNEYS AT LAW

Squires II Suite 270
16655 W Bluemound Rd
Brookfield WI 53005

PH 262 786.3522
FX 262 786.9285
www.penegorlaw.com

Robert J. Penegor, Attorney
robert@penegorlaw.com

Eric D. Lowenberg, Attorney
eric@penegorlaw.com

Lori Schettler, Legal Assistant
lori@penegorlaw.com

January 17, 2022

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re:     *United States of America v. Todd Dyer*
        Case No.  2:19-cv-01319-PP

Dear Chief Judge Pepper:

Please be advised that I will be closing my law office and retiring from the law practice effective Feb 1, 2022 after 55 years.  It would be helpful to have my motion to withdraw addressed as soon as possible. Doing so would give Mr. Dyer the opportunity to proceed as he wishes and would allow me to plan my retirement accordingly.

Respectfully Submitted:
Penegor & Lowenberg Law Offices

/s/ Robert J. Penegor

_____
BY: ROBERT J. PENEGOR
State Bar No. 1010979
Attorney for Defendant, Todd Dyer
16655 West Bluemound Road, Suite 270
Brookfield, WI 53005
(262) 786-3522
Email: robert@penegorlaw.com