UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 19-cv-1319-pp

TODD A. DYER,

    Defendant.

---

## ORDER FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

---

Defendant **Todd A. Dyer** is incarcerated at USP Leavenworth in Leavenworth, Kansas. The court has scheduled an evidentiary hearing in the above-captioned case for April 19, 2022 at 9:00 a.m. via videoconference in the U.S. District Court for the Eastern District of Wisconsin, Milwaukee, Wisconsin.

The court **ORDERS** that the Warden of USP Leavenworth produce **Todd A. Dyer (Register Number 05409-089)** by videoconference for the hearing (estimated to last 3 hours) beginning **April 19, 2022 at 9:00 a.m. (Central Daylight Time)** before Chief Judge Pamela Pepper in the U.S. District Court for the Eastern District of Wisconsin.

The court **ORDERS** that a writ of *habeas corpus ad testificandum* be issued to the Warden of USP Leavenworth to produce **Todd A. Dyer** by videoconference for the hearing.

Dated in Milwaukee, Wisconsin this 25th day of March, 2022.

BY THE COURT:

_____
HON. PAMELA PEPPER
**Chief United States District Judge**

1